

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00147-CR
### No. 10-14-00148-CR

**RICHARD STEVEN MCCLELLAN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 21st District Court
### Burleson County, Texas
### Trial Court Nos. 14,324 and 14,325

## O R D E R

The appellant's brief is overdue in these appeals. The Clerk of the Court's October 3, 2014 letter to appellant's counsel in each cause states that appellant's brief was due to be filed on or before September 24, 2014 and that unless a brief or satisfactory response was received within 14 days, the Court would abate these causes so that the trial court can hold a hearing to determine why a brief has not been filed on

appellant's behalf and to assure that appellant is receiving effective assistance of counsel.

Because appellant's brief was not filed within 14 days and the Court did not receive a timely satisfactory response in either appeal, we abate these appeals so that the trial court can conduct any necessary hearings within 21 days of the date of this order in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals abated
Order issued and filed October 30, 2014

